# Mixon v. The State.

### Violating Prohibition Law.

(Decided February 8, 1916.   70 South. 949.)

Intoxicating Liquors; Offense; Attempt to Manufacture.—The evidence in this case examined and held to show only an attempt to manufacture prohibited liquors which is not an offense under Acts 1915, p. 3.

APPEAL from Geneva County Court.

Heard before Hon. J. J. CAMPBELL.

Will Mixon was convicted of violating the prohibition law, and he appeals. Reversed and remanded.

[Sanders v. The State.]

C. D. CARMICHAEL, for appellant. W. L. MARTIN, Attorney General, and J. P. MUDD, Assistant Attorney General, for the State.

BROWN, J.—The defendant was tried under a complaint charging that he "manufactured, sold, kept for sale, gave away, or otherwise disposed of spirituous, vinous, or malt liquors without a license and contrary to law." There is no evidence in the case showing or tending to show, that he sold, kept for sale, or otherwise disposed of prohibited liquors; but the evidence shows without dispute that the defendant had constructed a crude still out of a lard can and a water pipe, and had placed therein beer made from cane syrup and water, and was attempting to make whisky, but that, in fact, he had not manufactured a single drop. The appellant admits that he had made an attempt to manufacture prohibited liquors; but this is not an offense under our statutes.—Acts 1915, pp. 3, 8.

The evidence in the case was not sufficient to authorize a conviction.

Reversed and remanded.